```
_____FILED          _____RECEIVED
_____ENTERED        _____SERVED ON
        COUNSEL/PARTIES OF RECORD

            APR 23

        CLERK US DISTRICT COURT
BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

URIEL OMAR GERMAN-HERMOSILLO,

  Defendant.

Case No. 2:20-mj-00306-DJA

[Proposed] Order on Stipulation to Extend Deadlines to Conduct Preliminary Hearing and File Indictment

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served; the time requested by this stipulation being excludable in computing the time within which the defendant must be indicted and the trial herein must commence pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(b) and (h)(7)(A), and Federal Rule of Criminal Procedure 5.1, considering the factors under 18 U.S.C. § 3161(h)(7)(B)(i) and (iv):

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled on May 7, 2020 at the hour of 4:00 p.m., be vacated and continued to Aug. 14, 2020 at the hour of 4:00 p.m.

DATED this 23 day of April, 2020.

HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

5