# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>VENANCIO JUAREZ-CESAR,<br><br>        Defendant. | Case No. 2:20-mj-00281-VCF<br><br>**ORDER** |

      Based on the Stipulation of counsel and good cause appearing,

      IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on July 22, 2020 at the hour of 4:00 p.m., be vacated and continued to October 19, 2020 at 4:00 PM in LV courtroom 3D before Magistrate Judge Cam Ferenbach.

      DATED this _15_ day of July, 2020.

_____

UNITED STATES MAGISTRATE JUDGE